## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW C. SCOTT | CIVIL ACTION |
| VERSUS | NUMBER: 20-107 |
| HOSPITAL SERVICE DISTRICT NO. 1 OF ST. CHARLES PARISH, ET AL | SECTION: "F" (4) |

### J U D G M E N T

Considering the Court's order and reasons granting the defendants' motion to dismiss, record document no. 10; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants', Hospital Service District No. 1 of St. Charles Parish and Hospital Operational Management Company, LLC against plaintiff Matthew C. Scott, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this __14th__ day of May 2020.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE